UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60969-CIV-SINGHAL

FREDERICKA V. BLACK, and other
similarly-situated individuals,

    Plaintiffs,

v.

BALAJI INVESTMENTS, INC. d/b/a
DAYS INN, and HARESH JARIWALA,
individually,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve FLSA Settlement and Dismiss Case with Prejudice (the "Motion") (DE [22]). The Court has carefully reviewed the Motion, the Settlement Agreement which was submitted in camera, and the record in this action. The Court finds that the terms of the settlement reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).[1] Accordingly, it is hereby

---

[1] Plaintiff alleges Defendants purportedly failed to pay her approximately 5 hours of overtime every week. Plaintiff alleges she complained of not receiving her overtime pay and was thereafter accused of stealing and was terminated. Defendants allege the time keeping records and payroll records refute these claims, and they further produced two separate handwritten and signed confessions by Plaintiff wherein she admitted to taking cash from Defendants. Defendants also produced a police report Defendants filed that same day. Defendants deny Plaintiff ever reported allegations of unpaid overtime and contend her termination was for lawful reasons. Plaintiff denies these allegations and asserts her handwritten confessions were made under duress. See (DE [32], at 1–2). Based on the foregoing, there remains a bona fide dispute as to whether any liability exists. If Plaintiff had proceeded to trial, a jury could have determined that Plaintiff was not entitled to any wages or liquidated damages or that Defendant violated provisions of the FLSA. In order to avoid the uncertainties inherent in litigation, the Parties negotiated a settlement through counsel that is satisfactory to all Parties. *Id.* at 2.

**ORDERED AND ADJUDGED** as follows:

1. The Motion (DE [22]) is **GRANTED**;

2. The Parties' Settlement Agreement is hereby **APPROVED**;

3. The Case is **DISMISSED WITH PREJUDICE**, and the Court will retain jurisdiction to enforce the terms of the Settlement Agreement for forty-five (45) days;

4. The Clerk of Court is directed to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF